# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND, <br><br>Plaintiffs, <br><br>v. <br><br>KINETIC SAWING & CORING, INC., a California corporation, <br><br>Defendant. | Case No.: EDCV 19-00689-CJC(AFMx) <br><br> JUDGMENT |

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Engineers Contract Compliance Committee Fund, and Southern California Partnership for Jobs Fund, and against Defendant Kinetic Sawing & Coring, Inc., in accordance with the terms of the Court's Order granting Plaintiff's motion for default judgment.

The Court **AWARDS** Plaintiffs $9,118.03 in damages, $5,781.90 in attorney fees (including litigation expenses), and $670 in costs, and post-judgment interest to the extent permitted by 28 U.S.C. § 1961.

DATED: October 11, 2019

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE